THE CITY OF CORNING, Appellant, *v.* NEW YORK CEN-
TRAL AND HUDSON RIVER RAILROAD COMPANY et al.,
Respondents.

*City of Corning* v. *N. Y. C. & H. R. R. R. Co.*, 153 App. Div. 938,
affirmed.
(Argued February 5, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered December 2, 1912, affirming so much of a judg-
ment of the court at a Trial Term as decided that the
defendants were not liable for part of the claim set forth
in the plaintiff's complaint in an action to recover an
amount expended by plaintiff in making repairs to a
bridge over tracks of the defendants.

*James O. Sebring* and *Frank H. Hausner* for
appellant.

*Albert H. Harris* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN and MILLER, JJ. Dissenting: SEABURY, J., on the ground that the entire structure between the two stone abutments constituted the framework of the bridge within the meaning of the statute.